**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Marie F. Delva | BK No. 1:25−bk−10627 |
| Debtor(s) | Chapter 13 |

### NOTICE OF CONFIRMATION HEARING

Please be advised that the confirmation hearing in this case will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 10/29/25 at 10:00 AM to consider and act upon the Debtor's Chapter 13 Plan:

RE: [22] Amended Chapter 13 Plan filed by Debtor Marie F. Delva

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

*Objections to confirmation must be filed and served at least seven days prior to the date set for confirmation. See LBR 3015−3.*

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401)626−3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **9/15/25**

Entered on Docket: **9/15/25**
Document Number: **23 − 22**

500c.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*