**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re: MARIE F. DELVA  Case No.: 25-bk-10627
Chapter 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES Preferred Property Solutions LLC ("PPS") and submits this objection to confirmation of the Chapter 13 Plan (the "Plan") filed by the Debtor, Marie F. Delva, and in support thereof states as follows:

1. PPS is the legal and rightful owner of the real property located at 58 Pekin Street, Providence, RI 02908 (the "Property") as evidenced by the deed attached hereto as <u>Exhibit A</u>.

2. The Debtor does not hold title to the Property.

3. Notwithstanding the foregoing, the Debtor has improperly scheduled the Property as an asset of the bankruptcy estate.

4. The Plan filed on or around September 10, 2025, incorrectly treats the Property as if it is owned by the Debtor.

5. The Debtor has no authority to propose any treatment of the Property in the Plan.

6. The Plan fails to comply with 11 U.S.C § 1322.

7. The Plan fails to comply with 11 U.S.C. §1325.

WHEREFORE, PPS respectfully requests that this Honorable Court enter an Order denying confirmation of the Plan and such other and further relief as the Court deems just and proper.

**PREFERRED PROPERTY SOLUTIONS LLC**,
By its attorney,

/s/ *Thomas E. Carlotto*
Thomas E. Carlotto, Esq.
RI Bar # 6088
DarrowEverett LLP
1 Turks Head Place, 12th Floor
Providence, RI 02903
401-523-1200 (tel)
401-523-1201 (fax)
tcarlotto@darroweverett.com
Dated: October 22, 2025

## CERTIFICATE OF SERVICE

On this 22nd day of October, 2025, I hereby certify that I served the foregoing Objection to Confirmation of Chapter 13 Plan upon the following:

<u>Via ECF</u>:

Janet Goldman, Esq.
Debtor's Counsel
jgoldmanlawri@jggoldman.com

Charles Pisaturo, Esq.
Chapter 13 Trustee
mail@13ritrustee.com

Office of the US. Trustee
Sandra Nicholls, Esq.
ustpregion01.pr.ecf@usdoj.gov

<u>Via Regular Mail</u>:

Marie F. Delva
58 Pekin Street
Providence, RI 02908
Debtor

Jean Marie Delva
58 Pekin Street
Providence, RI 02908

/s/ *Thomas E. Carlotto*
Thomas E. Carlotto, Esq.