UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    MARIE F. DELVA                              BK-25-10627
           Debtor                                 CHAPTER 13

CONSENTED TO MOTION TO CONTINUE HEARING

The Trustee moves that the hearing on confirmation of the Debtor's Chapter 13 Plan, presently scheduled for October 29, 2025, be continued for thirty (30) days.

In support hereof, the Trustee needs additional information and/or documents concerning the debtor's financial condition and creditor claims, including documents concerning income, property title, and claims. This need for additional information and documents is especially true in light of a confirmation objection recently filed by "Preferred Property Solutions, LLC".

The Trustee has confirmed that Debtor's counsel and counsel for Preferred Property Solutions LLC consent to the request for a continuance.

For the reason set forth above, the Trustee requests that the hearing on confirmation of the Debtors' Plan presently scheduled for October 29, 2025 be continued for thirty (30) days.

/s/ Charles A. Pisaturo, Jr.
Charles A. Pisaturo, Jr., Trustee
400 Westminster St., Ste 54
Providence, RI 02903
Tel: (401) 223-5550
Fax: (401) 223-5548

CERTIFICATION

I hereby certify that a copy of the within Motion was electronically mailed to Janet Goldman, Esq. at jgoldmanlawri@jjgoldman.com and Thomas Carlotto, Esq. at tcarlotto@darroweverett.com on October 23, 2025.

/s/Martha Hunt