*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Marie F. Delva

Debtor(s)

BK No. 1:25−bk−10627

Chapter 13

*ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING AND NOTICE OF HEARING RESCHEDULED TO 12/3/25 10:00 AM AND DIRECTING CHAPTER 13 TRUSTEE TO SERVE NOTICE OF THIS ORDER*

Confirmation Hearing scheduled for 12/3/2025 at 10:00 AM at 6th Floor Courtroom

RE: [22] Amended Chapter 13 Plan
[25] Objection to Confirmation of the Plan filed by Filed by Respondent Preferred Property Solutions LLC.

**Chapter 13 Trustee is directed to serve a copy of this Order within two business days on all parties and all creditors and to file a certificate of service with the court evidencing same..

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

Participants should plan on arriving at the Federal Center building at least 20−30 minutes in advance of the scheduled hearing in order to be processed through building security. You must bring this notice in order to use the appointment line for quicker processing.

*So Ordered:*

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

Date: **10/23/25**

Entered on Docket: **10/23/25**
Document Number: **27 − 22, 25, 26**

145c.jsp

___

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*