UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    MARIE F. DELVA                        BK-25-10627

        Debtor                            CHAPTER 13

## CERTIFICATION

I hereby certify that a copy of the within Order Granting Motion to Continue Confirmation Hearing was mailed, postage prepaid, to the parties set forth on Exhibit A and electronically mailed to Janet Goldman, Esq. at jgoldmanlawri@jjgoldman.com and Thomas Carlotto, Esq. at tcarlotto@darroweverett.com on October 24, 2025.

                                            /s/Martha Hunt