United States Bankruptcy Court

District of Rhode Island

| | |
|---|---|
| In re: | Case No. 25-10627-JAD |
| Marie F. Delva | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0103-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 23, 2025 | Form ID: 145c | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marie F. Delva, 58 Pekin Street, Providence, RI 02908-3717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles A. Pisaturo, Jr. | mail@13ritrustee.com RI10@ecfcbis.com;charlie@13ritrustee.com;martha@13ritrustee.com;teri@13ritrustee.com |
| Janet J. Goldman | on behalf of Debtor Marie F. Delva jgoldmanlawri@jggoldman.com rgoldman@goldmanlawri.com |
| Sandra Nicholls | ustpregion01.pr.ecf@usdoj.gov |
| Thomas E Carlotto | on behalf of Respondent Preferred Property Solutions LLC tcarlotto@darroweverett.com acharette@shslawfirm.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Marie F. Delva    BK No. 1:25−bk−10627

Debtor(s)    Chapter 13

---

### ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING AND NOTICE OF HEARING RESCHEDULED TO 12/3/25 10:00 AM AND DIRECTING CHAPTER 13 TRUSTEE TO SERVE NOTICE OF THIS ORDER

Confirmation Hearing scheduled for 12/3/2025 at 10:00 AM at 6th Floor Courtroom

RE: [22] Amended Chapter 13 Plan
[25] Objection to Confirmation of the Plan filed by Filed by Respondent Preferred Property Solutions LLC.

**Chapter 13 Trustee is directed to serve a copy of this Order within two business days on all parties and all creditors and to file a certificate of service with the court evidencing same..

It is recommended that counsel utilize courtroom technology. If familiarization
in use of the document camera and/or touch screens is required, please plan on
arriving twenty minutes in advance of the hearing and meet with the Court
Recorder for training.

Participants should plan on arriving at the Federal Center building at least 20−30 minutes in advance of the scheduled hearing in order to be processed through building security. You must bring this notice in order to use the appointment line for quicker processing.

*So Ordered:*

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

Date: **10/23/25**

Entered on Docket: **10/23/25**
Document Number: **27 − 22, 25, 26**

145c.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*