

12/02/2025 The Motion is granted. This matter is continued to February 25, 2026.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re: MARIE F. DELVA                                        Case No.: 25-bk-10627
                                                             Chapter 13

## ASSENTED MOTION TO CONTINUE CONFIRMATION HEARING

NOW COMES Preferred Property Solutions LLC ("PPS") and submits this Assented Motion to Continue Confirmation Hearing for a period of ninety days and in support thereof states as follows:

1. The Debor filed a Chapter 13 Plan ("Plan"), to which PPS has filed an objection.

2. The Debtor has indicated that a motion to engage an attorney with respect to potential litigation and the institution of an Adversary Proceeding will be forthcoming in the immediate future with respect to the real property owned by PPS and currently occupied by the Debtor.

3. Counsel to the Debtor and the Chapter 13 Trustee have both indicated their assent to this Motion.

WHEREFORE, PPS respectfully requests that this Honorable Court enter an Order continuing confirmation of the Plan for ninety days and such other and further relief as the Court deems just and proper.

1

**PREFERRED PROPERTY SOLUTIONS LLC**,
By its attorney,

/s/ *Thomas E. Carlotto*
Thomas E. Carlotto, Esq.
RI Bar # 6088
DarrowEverett LLP
1 Turks Head Place, 12th Floor
Providence, RI 02903
401-523-1200 (tel)
401-523-1201 (fax)
tcarlotto@darroweverett.com
Dated: December 2, 2025

## CERTIFICATE OF SERVICE

On this 2nd day of December, 2025, I hereby certify that I served the foregoing Objection to Confirmation of Chapter 13 Plan upon the following:

<u>Via ECF</u>:

Janet Goldman, Esq.
Debtor's Counsel
jgoldmanlawri@jggoldman.com

Charles Pisaturo, Esq.
Chapter 13 Trustee
mail@13ritrustee.com

Office of the US. Trustee
Sandra Nicholls, Esq.
ustpregion01.pr.ecf@usdoj.gov

<u>Via Regular Mail</u>:

Marie F. Delva
58 Pekin Street
Providence, RI 02908

Jean Marie L. Delva
58 Pekin Street
Providence, RI 02908

/s/ *Thomas E. Carlotto*
Thomas E. Carlotto, Esq.