Exhibit A

DEED

Case Number: PC-2024-05896
Filed in Providence/Bristol County Superior Court
Submitted: 7/11/2025 2:23 PM
Envelope: 5214264
Reviewer: Carol M.

Case 1:25-bk-10627    Doc 34-1    Filed 12/02/25    Entered 12/02/25 19:45:25    Desc
Exhibit A    Page 2 of 4

DOC: 2023350834
Bk: 13925    Pg: 286

# WARRANTY DEED

**Jean Marie Delva and Marie France Delva**, of 58 Pekin Street Providence, RI for myself and my heirs, (hereinafter the "Grantor") for consideration of **One Hundred Thousand and 00/100 Dollars** and 00/100 ($100,000.00) Dollars paid, grant to **Preferred Property Solutions**, a Massachusetts Limited Liability Company, authorized to do business in Rhode Island, with a mailing address of 377 Wilbur Avenue, #113, Swansea, MA, 02777 (hereinafter the "Grantees"); with **WARRANTY COVENANTS**:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

This transfer is such that no R.I.G.L. §44-30-71.3 withholding is required as the Grantors/Sellers are residents of the State of Rhode Island, as evidenced by affidavit.

Meaning and intending to convey, and hereby conveying, the premises conveyed to the within Grantors, by Deed, recorded December 29, 1995, in Book 3235 at Page 225, in the City of Providence Land Evidence Records.

```
Tax:      $460.00
Date:     07/26/2023
RECORDER: CS
CITY OF PROVIDENCE
676765
RHODE ISLAND
REAL ESTATE
CONVEYANCE TAX
```



EXHIBIT C
Delva.J
3-13-25

[Signature Page to Follow]

Page 1 of 3

Case Number: PC-2024-05896
Filed in Providence/Bristol County Superior Court
Submitted: 7/11/2025 2:23 PM
Envelope: 5214264
Reviewer: Carol M.

Case 1:25-bk-10627    Doc 34-1    Filed 12/02/25    Entered 12/02/25 19:45:25    Desc
Exhibit A    Page 3 of 4

DOC: 2023350834
BK 13925 PG 287

Witness my hand and seal this 24 day of July, 2023.

**Double click**

_Jean Marie Delva_ (signature)
Jean Marie Delva

Witness my hand and seal this 24 day of July, 2023.

_Marie France Delva_ (signature)
Marie France Delva

STATE OF RHODE ISLAND
COUNTY OF __Kent__

On this 24 day of July, 2023, in __Warwick__, Rhode Island, before me, the undersigned notary public, personally appeared the above named **Jean Marie Delva and Marie France Delva** ____ personally known to me __✓__ proved to me through satisfactory evidence which was their driver's license, to be the person whose name is signed on the preceding document, and their acknowledged to me that they signed it voluntarily, willfully, and of their own free act and deed.

Notary Public: __Louis M. Catarina__
My commission expires: __2/09/26__

LOUIS M. CATARINA
NOTARY PUBLIC
STATE OF RHODE ISLAND
NOTARY ID # 768236
MY COMMISSION EXPIRES 02/09/2026

Case Number: PC-2024-05896
Filed in Providence/Bristol County Superior Court
Submitted: 7/11/2025 2:23 PM
Envelope: 5214264
Reviewer: Carol M.

Case 1:25-bk-10627    Doc 34-1    Filed 12/02/25    Entered 12/02/25 19:45:25    Desc
Exhibit A    Page 4 of 4

DOC: 2023350834
BK 13925   PG 288

# Exhibit A

That parcel of land with the buildings and improvements thereon, situated on the westerly side of Pekin Street in the City of Providence and State of Rhode Island, and comprising the easterly fifty (50) feet in depth by the entire width of lot No. 27 (twenty-seven) on that plat entitled, "Plat of land belonging to John JAR Whipple surveyed and platted November 1877 by C. E. Paine" and recorded in the Office of the Recorder of Deeds in said Providence in Plat Book 13 at page 6 and (copy) on Plat Card 509. Said parcel bounds easterly on Pekin Street forty (40) feet and holding that width extends westerly fifty (50) feet to and bounds westerly on land now or lately of Edward Betley and wife southerly on land now or lately of Peter Klanian.

PROPERTY ADDRESS:
(FOR REFERENCE PURPOSES ONLY)
58 Pekin Street Providence, RI AP 69 Lot 585

```
RECEIVED:
Providence
Received for Record
07/26/2023 02:47:40 PM
Document Num: 2023350834
Jeanne Pascone
Recorder of Deeds
```