*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Marie F. Delva | BK No. 1:25−bk−10627 |
| Debtor(s) | Chapter 13 |

### NOTICE OF HEARING ON MOTION TO LIFT DEBTOR AND/OR CO−DEBTOR STAY DOC# 34

Please be advised that a preliminary, non−evidentiary hearing will be held on 1/21/26 at10:00 AM at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence RI 02903 to consider the following:

**Hearing rescheduled by the court for 1/21/2026 at 10:00 AM at 6th Floor Courtroom**

Preliminary, Non−Evidentiary Hearing Set re: Motion for Relief from Stay. *If no objection or other response is timely filed, the motion may be granted and the matter removed from the calendar. (related document(s)34 Motion for Relief From Stay filed by Respondent Preferred Property Solutions LLC).

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401)626−3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **12/8/25**

Entered on Docket: **12/8/25**
Document Number: **40 − 34**

525.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: *www.rib.uscourts.gov*