**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Marie F. Delva | BK No. 1:25−bk−10627 |
| Debtor(s) | Chapter 13 |

### NOTICE OF COURT HEARING

Please be advised that a hearing will be held on 1/21/26 at 10:00 AM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

RE: [42] Application to Employ Steven J. Boyajian as Special Counsel filed by Debtor Marie F. Delva

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401) 626−3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **1/12/26**

Entered on Docket: **1/12/26**
Document Number: **44 − 42**

500.jsp