# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Marie F. Delva                             Case Number: 25-10627     Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Amended Chapter 13 Plan (Doc. #22)
Objection filed by Preferred Property Solutions LLC (Doc. #25)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____  For: _____

__ Formal order / stipulation to be submitted by: _____  Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____  From: _____

Response due: _____  From: _____

__ Fee(s) allowed in the amount of: $ _____  Expenses of: $ _____

__ No appearance / response by: _____

✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A hearing on the above captioned matters shall be held telephonically on February 25, 2026 at 3:30 p.m.

To participate, attendees shall dial (646) 828-7666 and enter Meeting ID 160 257 7274 and Passcode 984 524 when prompted.

IT IS SO ORDERED:

_____  Dated: 1/22/26

Christopher J. Panos
U.S. Bankruptcy Judge