# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Marie F. Delva

Case Number: 25-10627    Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Motion for Relief from Stay (Doc. #34)
Objection (Doc. #43)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THE DEBTOR REPRESENTED THAT SHE HAS COMMENCED AN ACTION IN THE UNITED STATES DISTRICT COURT TO ESTABLISH OWNERSHIP OF OR RECOVER PROPERTY THAT IS THE SUBJECT OF THE MOTION FOR RELIEF FROM STAY AND THAT SHE INTENDS TO ASK THE DISTRICT COURT TO WITHDRAW THE REFERENCE WITH RESPECT TO THE MOTION FOR RELIEF FROM STAY. THE HEARING ON THE MOTION IS CONTINUED UNTIL AFTER DISPOSITION OF A MOTION TO WITHDRAW THE REFERENCE, WHICH SHALL BE FILED ON OR BEFORE FEBRUARY 25, 2026. THE PARTIES SHALL FILE A STATUS REPORT REGARDING THE DISTRICT COURT MOTION WITHIN THREE DAYS OF ITS DISPOSITION. ANY PARTY MAY REQUEST A STATUS CONFERENCE OR HEARING IF A MOTION TO WITHDRAW THE REFERENCE IN THE CASE IS NOT TIMELY FILED.

IT IS SO ORDERED:

_____    Dated: 2/11/26
Christopher J. Panos
U.S. Bankruptcy Judge