***UNITED STATES BANKRUPTCY COURT***
***DISTRICT OF RHODE ISLAND***

---

| | |
|---|---|
| In Re: Marie F. Delva | BK No. 1:25−bk−10627 |
| Debtor(s) | Chapter 13 |

---

### ***ORDER GRANTING MOTION TO CONTINUE HEARING AND NOTICE OF HEARING RESCHEDULED TO 11/23/2026 2:00PM AND DIRECTING COUNSEL FOR THE DEBTOR TO SERVE NOTICE OF THIS ORDER***

Order Granting Consented to Motion to Continue Confirmation Hearing (Related Doc # [65]).

Counsel for the Debtor is directed to serve a copy of this Order within two business days on all parties and all creditors and to file a certificate of service with the court evidencing same.

Telephonic Hearing scheduled Before the Honorable Christopher J. Panos for 11/23/2026 at 02:00 PM

Re: [22] Amended Chapter 13 Plan
[25] Objection to Confirmation of the Plan

Attendees shall dial (646) 828−7666 and enter Meeting ID 160 257 7274 and Passcode 984 524 when prompted..

***So Ordered:***

Date: **8/20/26**

Entered on Docket: **8/20/26**
Document Number: **66 − 22, 25, 65**

145a.jsp

---